UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYLVIA MINES-JONES, ELSA FROZEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>COSTCO,<br><br>    Defendant. | Case No. 2:20-cv-00052-MJP<br><br>**REPORT AND RECOMMENDATION** |

On January 10, 2020, Plaintiff Sylvia Mines-Jones and Elsa Frozen filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint against Costco, claiming that Costco has damaged them in the amount of "$600 million x 7" in "a Kita Terriost [sic] Homeland Attack" by allowing the plaintiffs' "owner sole equity transactions to be blockchained & rerouted to fraud banks & cash systems." Dkt. 1-1 at 6.

On January 13, 2020, the Clerk of Court advised Plaintiff Sylvia Mines-Jones and Plaintiff Elsa Frozen, by separate letters, that the IFP application submitted was not the correct form for this district and further advised that "each plaintiff must submit their own IFP form and include their individual financial information." Dkts. 2 and 3. The Clerk also provided the Plaintiffs with the correct IFP form to complete and return to the court. *Id.*

On January 31, 2020, Plaintiffs again submitted a joint IFP application, with no financial information. Dkt. 4. The Clerk again advised the Plaintiffs as to the deficiencies of their

REPORT AND RECOMMENDATION - 1

application, provided the appropriate forms, and set a deadline of March 4, 2020 for the correction of the noted deficiencies. Dkt. 5. To date, Plaintiffs have not submitted appropriately completed IFP applications. Accordingly, the Court recommends that Plaintiffs' IFP application be denied and that this case be dismissed without prejudice if Plaintiffs do not, either pay the $400.00 filing fee or submit sufficient (and separate) IFP applications, by **March 20, 2020.**

A proposed order is attached. Objections, if any, to this Report and Recommendation must be filed no later than **March 27, 2020,** and the clerk shall note the matter ready for the Court's consideration on **March 30, 2020**. Objections shall not exceed five (5) pages. The failure to timely object may affect the right to appeal. The Clerk shall send a copy of this Order to plaintiff.

DATED this 6th day of March, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2