# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SYLVIA MINES-JONES, ELSA FROZEN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-cv-00052-MJP<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, **ORDERS**:

(1)　The Court adopts the Report and Recommendation.

(2)　The complaint is **DISMISSED WITHOUT PREJUDICE**.

(3)　The Clerk shall provide a copy of this Order to plaintiff.

DATED this __2____ day of _____April_____, 2020.

_[signature]_
MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING CASE WITHOUT
PREJUDICE - 1